**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | |
|---|---|
| IN RE FOUR APPLICATIONS FOR SEARCH WARRANTS SEEKING INFORMATION ASSOCIATED WITH PARTICULAR CELLULAR TOWERS A/K/A TOWER-DUMP WARRANTS | CASE NO. 3:25cr38-CWR-ASH |

---

# NOTICE OF APPEAL

---

The United States of America appeals to the United States Court of Appeals for the Fifth Circuit from the district court's order of August 5, 2026, which denied the government's motion for review of the denial of search warrant applications [Dkt. No. 41] and the magistrate court's orders of February 21, 2025 [Dkt. No. 6] and June 27, 2025 [Dkt. No. 19], which denied the government's requests for search warrants.

Respectfully submitted,

J.E. BAXTER KRUGER
*United States Attorney*
*Southern District of Mississippi*

/s/ Matt Allen

MATT ALLEN
Mississippi Bar Number 101605
*Assistant United States Attorney*
501 E. Court Street, Suite 4.430
Jackson, Mississippi 39201
(601) 965-4480
Attorney for United States of America

Dated: September 3, 2026